UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PLUMBERS LOCAL 98 DEFINED BENEFIT PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAN ALLOR PLUMBING AND HEATING COMANY, *et al.*,<br><br>Defendants. | Case No. 23-cv-11021<br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER DENYING NONPARTY PAMELLA FIFE'S MOTION TO QUASH (ECF NO. 55)

Nonparty Pamella Fife moves to quash a subpoena to depose her under Federal Rule of Civil Procedure 45. ECF No. 55. The Honorable Gershwin A. Drain referred the motion to the undersigned for hearing and determination. ECF No. 60. For the reasons stated on the record during the hearing held on October 7, 2024, the Court **DENIES** Fife's motion. But the parties agreed to the following limitations: (1) Fife's deposition will take place via Zoom; (2) Fife will be permitted to take a break at least every 30 minutes; and (3) hard copies of the documents that plaintiffs intend to rely on during the deposition must be furnished to Fife two days before the

deposition. But if a limited number of unanticipated documents become relevant during the deposition, plaintiffs' counsel may present those to Fife remotely via Zoom.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: October 8, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 8, 2024.

                                                s/Davon Allen
                                                DAVON ALLEN
                                                Case Manager